RUNKLE REA et al., appellants,

*v.*

HENRY A. FLUCK et al., executors of George A. Rea, deceased, respondents.

On appeal from a decree of the ordinary, whose opinion is reported in *Rea's Executors* v. *Rea, 5 Dick. Ch. Rep. 233.*

*Mr. J. Newton Voorhees,* for the appellants.

*Mr. Richard S. Kuhl,* for the respondents.

PER CURIAM.

Decree affirmed, for the reasons given by the ordinary.

*For affirmance*—ABBETT, DEPUE, DIXON, GARRISON, REED, VAN SYCKEL, BOGERT, KRUEGER, PHELPS, SMITH—10.

*For reversal*—None.